CLARK. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John A. Goodrich* for petitioner. *Mr. Walter M. Bickford* for respondent.

---

No. 699. MARY D. GRACE, PETITIONER, *v.* CHARLES C. BURLINGHAM ET AL., TRUSTEES. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederic C. Scofield, Mr. Theodore E. Hancock* and *Mr. William J. Grace* for petitioner. *Mr. Charles Stone, Mr. Irving L. Ernst* and *Mr. D. R. Cobb* for respondents.

---

No. 709. WILLIAM D'ALTON MANN ET AL., PETITIONERS, *v.* SAMUEL DEMPSTER. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Albert A. Wray* for petitioners. *Mr. Charles O. Maas* and *Mr. James A. Wakefield* for respondent.

---

No. 533. HERBERT S. HADLEY ET AL., PETITIONERS, *v.* ARTHUR C. HUIDEKOPER. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Elliott W. Major* and *Mr. John M. Atkinson* for petitioners. *Mr. John L. Thomas* for respondent.

---

No. 581. ANNIE LAPINA, PETITIONER, *v.* WILLIAM WILLIAMS, COMMISSIONER OF IMMIGRATION. October 17,